[No. 30702-6-III.   Division Three.   July 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER MICHAEL WINKLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03252-4, Salvatore F. Cozza, J., entered March 6, 2012. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 67746-2-I.   Division One.   July 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. WARREN MILTON RICHARDSON II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07257-1, Laura Gene Middaugh, J., entered September 23, 2011. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Schindler and Verellen, JJ.

[No. 67826-4-I.   Division One.   July 8, 2013.]

*In the Matter of the Detention of* EVERETTE BURD.

Appeal from a judgment of the Superior Court for King County, No. 06-2-23355-7, Richard D. Eadie, J., entered September 30, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Dwyer, JJ.

[No. 67865-5-I.   Division One.   July 8, 2013.]

AARIN MORRIS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-04930-2, Joan E. DuBuque, J., entered September 30, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Cox, JJ.